IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                        CASE NO:  3:98cr49/RV
                                             3:02cv306/RV/MD

EARNEST SOLOMON HICKS
_____

## ORDER

The defendant has filed a notice of appeal (doc. 123) and a motion for certificate of appealability (doc. 124) with respect to the order entered on March 28, 2005 (doc. 121). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief. See 28 U.S.C. 2253(c)(1)(B). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of March 28, 2005, a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed. The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal. Accordingly, the $255.00 filing fee shall be paid within 30 days from the date of this order.

DONE AND ORDERED this 16th day of May, 2005.

                                                   /s/ *Roger Vinson*
                                                   **ROGER VINSON**
                                                   **SENIOR UNITED STATES DISTRICT JUDGE**