# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                               CASE NO.  3:98CR49/RV

EARNEST HICKS

**REFERRAL AND ORDER**

Referred to Judge Vinson on  04/06/2009

Type of Motion/Pleading MOTION TO REDUCE SENTENCE PUSUANT TO 18 U.S.C. 3582(c)(2)

Filed by: Defendant  on 4/02-03/09   Doc. No. 147,153,154
                                                            03/31/2008

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

Government  on 4/16/08   Doc. No. 151
                                         on _____   Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ J. Marbut*
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this __8th__ day of __April__, 2009, that:

(a)  The requested relief is DENIED.

(b)  The Defendant is not eligible for a sentence reduction under Amendments 706, 711, and 715.

(c)  The amendments do not affect the Defendant's sentencing guideline range.

                                                    */s/ Roger Vinson*
                                                    ROGER VINSON
                                                    SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.