IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:   3:98cr49/RV/EMT
3:16cv423/RV/EMT

ERNEST SOLOMON HICKS
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 13, 2016 (ECF No. 212). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation,, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct

sentence by a person in federal custody (ECF No. 211) is **SUMMARILY DISMISSED**.

    3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 18th day of October, 2016.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**